(October 8, 1937.)

JOHN EMBRO, JR., an Infant, by JOHN EMBRO, His Guardian ad Litem, Respondent, v. MAX WERTHEIM, ALEXANDER WERTHEIM and CHRISTOPHER ROCK, Appellants.— Order denying defendants' motion to change place of trial from Suffolk county to New York county in an action for personal injuries affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

JOHN EMBRO, Respondent, v. MAX WERTHEIM, ALEXANDER WERTHEIM and CHRISTOPHER ROCK, Appellants.— Order denying defendants' motion to change place of trial from Suffolk county to New York county in an action for loss of services growing out of injuries suffered as a consequence of defendants' negligence affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

MAX FESSEL, Respondent, v. BENJAMIN KAUFMAN, Appellant.— In an action to recover for personal injuries and for property damage, both sides waived the jury at the end of the entire case; and the trial justice made findings that defendant's employee was negligent and that plaintiff was free from contributory negligence; and fixed the amount of damages. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

CONSTANTINO GAVAZZI, as Ancillary Executor, etc., of EUGENIA GIFFORD, Also Known as EUGENIA SUTHERLAND, Deceased, Respondent, v. GEORGE H. GIFFORD, Appellant.— Action on a separation agreement for a claimed unpaid balance of " principal indebtedness " recited as due thereunder from the defendant to the plaintiff's decedent. Order denying defendant's motion to dismiss the complaint on the ground it fails to state a cause of action affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

ESTELLE GUTTENBERG, an Infant, by SIDNEY ASH, Her Guardian ad Litem, DANIEL ASH and LILLIAN H. SINGER, Respondents, v. SYLVIA KORNBLUM, Appellant.— Order denying the defendant's motion to require the plaintiffs Sidney Ash, Daniel Ash and Lillian H. Singer to give security for costs on the ground of their non-residence affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

ANNE HACKEMEISTER, as Administratrix, etc., of LIONEL HACCHEMEISTER, Deceased, Appellant, v. DAVID S. FETTES, Respondent, and " MICHAEL " J. LESLIE, First Name Fictitious, True First Name Unknown to Plaintiff, Defendant.— Order denying plaintiff's motion to modify a demand for a bill of particulars and directing the plaintiff to furnish defendant Fettes with a verified bill of particulars affirmed, with ten dollars costs and disbursements; the bill to be served within ten days from the entry of the order hereon. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.